[No. 8740-9-III.  Division Three.  June 9, 1988.]

LYLE BADEN, ET AL, *Appellants,* v. WILLIAM W. MESSER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87-2-00020-7, Fred R. Staples, J., entered June 30, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 19062-8-I.  Division One.  June 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL K. GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-10672-7, Paul D. Hansen, J., entered April 3, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Pekelis and Winsor, JJ.

[No. 20223-5-I.  Division One.  June 13, 1988.]

LEIF GUSTAFSON, *Appellant,* v. OAK HARBOR SCHOOL DISTRICT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 86-2-00210-8, Richard L. Pitt, J., entered March 31, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 20333-9-I.  Division One.  June 13, 1988.]

JOSEPH H. GOMES, ET AL, *Respondents,* v. BARBARA TURNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-23079-3, Frank D. Howard, J., entered April 3, 1988. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Winsor, JJ.